

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| THE STATE OF TEXAS, | § | No. 08-18-00092-CR |
| State, | § | Appeal from the |
| v. | § | 346th District Court |
| MICHAEL ANTHONY TORRES, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20170D03112) |
| | § | |

**O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **November 28, 2018.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before November 28, 2018.

IT IS SO ORDERED this 15th day of October, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.